IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRUCE DARNELL DOTSON II, #1432390 | § | |
|    *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17cv025 |
| | § | |
| JASON BUTSCHER | § | |
|    *Defendant* | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that the action should be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). The Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and an objection was filed by Plaintiff. In his objection, Plaintiff states that he never signed a magistrate consent form and that all attorneys are public servants in some capacity, such as through their ability to become notary public. After conducting a de novo review of the record, the court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Plaintiff's complaint (Dkt. #1) pursuant to 42 U.S.C. § 1983 is **DISMISSED**. All motions by either party not previously ruled upon are **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 21st day of November, 2017.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE